AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

Print Name | Bar Number

Address

City | State | Zip Code

Phone Number | Fax Number

1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Jose Avalos-Llamas

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE CATHY ANN BENCIVENGO)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | Case No. 08MJ1529 |
| ) | |
| 12         Plaintiff, ) | |
| ) | |
| 13  v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| 14  JOSE AVALOS-LLAMAS, ) | |
| ) | |
| 15         Defendant. ) | |
| 16  _____ ) | |

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                    U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov

20                             Respectfully submitted,

22  DATED:     May 20, 2008            /s/ Elizabeth M. Barros
                                **ELIZABETH M. BARROS**
23                              Federal Defenders of San Diego, Inc.
                                Attorneys for Jose Avalos-Llamas