JUN 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                        SOUTHERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR1934-LAB
                                      )
9                     Plaintiff,      )    I N F O R M A T I O N
                                      )
10        v.                          )    Title 8, U.S.C., Sec. 1326(a) -
                                      )    Deported Alien Found in the
11   JOSE AVALOS-LLAMAS,              )    United States (Felony)
                                      )
12                    Defendant.      )
                                      )
13   _____

14        The United States Attorney charges:

15        On or about May 15, 2008, within the Southern District of

16   California, defendant JOSE AVALOS-LLAMAS, an alien, who previously had

17   been excluded, deported and removed from the United States to Mexico,

18   was found in the United States, without the Attorney General of the

19   United States or his designated successor, the Secretary of the

20   Department of Homeland Security (Title 6, United States Code, Sections

21   202(3) and (4), and 557), having expressly consented to the

22   defendant's reapplication for admission to the United States; in

23   violation of Title 8, United States Code, Section 1326(a).

24        DATED: 6/12/08          .

25                                         KAREN P. HEWITT
                                           United States Attorney

26

27                                         W. MARK CONOVER
                                           Assistant U.S. Attorney

28

WMC:mg:San Diego
5/20/08