AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUN 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

JOSE AVALOS-LLAMAS

CASE NUMBER: 08CR1934-LAB

I, <u>JOSE AVALOS-LLAMAS</u>, the above named defendant, who is accused of the

committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on 6/12/08 _____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Jose Avalos llamas_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER